1  Scott A. Brown, SBN 177099
   BROWN | POORE LLP
2  3100 Oak Road, Suite 100
   Walnut Creek, California 94597
3  Telephone:    (925) 943-1166
   sbrown@bplegalgroup.com
4
   Attorneys for Plaintiff
5  BRIAN SUIT

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | BRIAN SUIT,                              | Case No. 3:20-cv-04232-JD
13 |        Plaintiff,                        | **STIPULATION TO DISMISS WITH PREJUDICE AND ORDER DISMISSING CASE**
14 |
15 | v.
16 | ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO, LLC; and DOES 1 to 10,
17 |
18 |        Defendants.

19

20

21      Plaintiff BRIAN SUIT, and Defendant ENTERPRISE RENT-A-CAR COMPANY OF

22 SAN FRANCISCO, LLC, by and through their respective counsel, hereby stipulate as follows:

23      The Parties have entered into a Settlement Agreement that resolves all aspects of the

24 lawsuit.

25      The Parties move to dismiss with prejudice the Complaint, which shall constitute a

26 dismissal of the entire action.

27

28
                                         -1-
                       STIPULATION TO DISMISS AND ORDER SUIT V.
                                  ENTERPRISE, ET AL

WHEREFORE, the Parties, by and through their attorneys of record, so stipulate.

Dated: August 10, 2020         BROWN | POORE LLP

By: _//s// Scott A. Brown_____
    Scott A. Brown
    Attorneys for Plaintiff

Dated: August 10, 2020

By: _//s// Steven Kepler_____
    Steven Kepler
    Attorneys for Defendant

## **ORDER**

The Parties' Stipulated Request for Dismissal with Prejudice is granted. The entire action, Case No. 3:20-cv-04232-JD, is hereby dismissed.

Dated: August 20, 2020         _____
                               JAMES DONATO
                               UNITED STATES DISTRICT JUDGE